# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

_____ Division

Andre O'Brien et al
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

York County Prison et al
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 3:18CV1320
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

FILED
SCRANTON

JUN 29 2018

PER _____
DEPUTY CLERK

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Andre O'Brien
   Street Address:
   City and County: 3400 Concord Rd
   State and Zip Code:
   Telephone Number: York PA. 17402
   E-mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: ATTorney General of PA
- Job or Title (if known):
- Street Address: STrawBerry SQ Harrisburg
- City and County:
- State and Zip Code: PA 17120 16TH Floor
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: York County Prison
- Job or Title (if known): Commissioner office 28 E.
- Street Address:
- City and County: Market Street York PA
- State and Zip Code:
- Telephone Number: 17401
- E-mail Address (if known):

Defendant No. 3
- Name: York County Prison wardan
- Job or Title (if known):
- Street Address: 3400 Concord Rd. York
- City and County:
- State and Zip Code: PA. 17402
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question　　　　[ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C.S. 1983

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Andre O'Brien, is a citizen of the State of *(name)* Pennsylvania.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* Pennsylvania. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

           Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

           *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ ~~3,000,000,000~~ 3,000,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

"Correctional Need classes"

Officer's AT THe York County Prison is not Being Trained Properly To deal with Inmates on A Rational Level To Many Inmates Are experiencing Unecessary Beating's By THem evidence Supported By Previous Lawsuite AT York County Prison

Page 4 of 5

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

  A.  **For Parties Without an Attorney**

   I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

   Date of signing: June 16, 2018

   Signature of Plaintiff
   Printed Name of Plaintiff    André O'Brien

  B.  **For Attorneys**

   Date of signing:

   Signature of Attorney    NA Pro-se litigant
   Printed Name of Attorney
   Bar Number
   Name of Law Firm
   Street Address
   State and Zip Code
   Telephone Number
   E-mail Address

STATEMENT OF CLAIM:ON 4/12/2018 I ANDRE O"BRIEN WENT TO ADMISSIONS TO OBTAIN SOME PAPER WORK,AND I EXPLAINED TO OFFICER ROBERT AXE THAT I NEEDED A WHEEL CHAIR,HE TOLD ME NO,AND ANOTHER OFFICER OFFERED TO GIVE ME A WHEEL CHAIR WHICH ROBERT AXE REFUSED ME.ONCE I GOT MY PAPER WORK I FELT SOMETHING IN MY ANKLE SHIFT/MOVED,I ONCE AGAIN ASKED FOR A WHEEL CHAIR AND I WAS DENIED.SO I LEANED UP AGAINST THE HOLDING TANK WINDOW,TO TRY AND RELIEVE THE PAIN IN MY ANKLE ,WHICH AT THIS TIME I WAS PUT HANDCUFFS.WHEN THE OFFICER WENT TO MOVE ME MY ANKLE GAVE OUT.I LIFTED UP MY GOOD ANKLE AND WAS CARRIED INFRONT OF FEMALE MEDICAL AND THROWN AGAINST THE WALL,AND THAN I WAS SLAMED INTO THE ERC CHAIR.AFTER I WAS STRAPPED INTO THE CHAIR THE OFFICER STARTED TAKING OFF THE HANDCUFFS,BEFORE THE CUFF'S WAS OFF THEY STATED I WAS RESISTING,I MADE NO MOVES TO RESIST,THE OFFICER TOOK MY WRIST AND TWISTED AND BENT IT INWARDS I STARTED SCREAMING THAT YOUR BREAKING MY RIST,AND ONE OF THE OFFICER HEARED ME SCREAMING AND CAME FROM AROUND THE CORNER TO INVESTIGATE WHAT WAS GOING ON WITH ME,AND OBSERVED THE ILLEGAL POSITION THAT THEY HAD ME IN OFFICER "MARKS" HE TRIED TO HURRY UP AND HAVE ME SECURED INTO THE CHAIR CORRECTLY AND WHICH OFFICER MARKS DID.THEY TOOK ME TO MEDICAL TO ASK ME WHAT WAS WRONG AND I TOLD THE DOCTOR THAT MY WRIST WAS BROKE:HE THAN INFORMED ME THAT MY WRIST WAS SWOLLEN BECAUSE THE CUFFS WAS TO TIGHT.OFFICER LOOSEN ONE OF THE STRAPS ON MY RIGHT ANKLE FROM A PREVIOUS INJURY,I WAS THAN WHEELED TO MY CELL AT WHICH POINT MY CLOTHING WAS CUT OFF ME,AND SOMETHING WAS TIDE TO THE HANDCUFFS FROM BEHIND,I WAS THAN PUT INTO MY CELL AND YANKED BACK TO THE DOOR TO WHAT EVER WAS TIDE TO THE CUFF'S.NO WHITE SHIRT SUPERVISOR WAS PRESENT TO OVERSEE MY SITUATION UNTIL AFTER GOING TO MEDICAL.THE NEXT DAY BOTH MY WRIST WERE X-RAYED,AND 4/16/2018 I WAS TAKEN TO WELLSPAN ORTHO URGENT CARE AND MY LEFT WRIST WAS CASTED "FOUR WEEKS" AND THOSE

FOUR WEEKS WERE UP IT WAS CASTED FOR AN ADDITIONAL FOUR WEEKS.I HAVE NO FEELING IN MY LEFT THUMB,PAIN STILL IN MY LEFT WRIST,I'M UNABLE TO SQUEEZE MY HAND INTO A FIST MOTION IN BOTH HANDS,I ALSO NOW HAVE TO WALK WITH A CAIN,FROM WHEN THE OFFICERS STEPPED ON MY ANKLE IN THE PROCESS OF TAKING OFF MY HANDCUFFS FROM THE BACK.THE WHITE SHIRT WAS THERE AND HAD A BODY CAM ON,AND I REQUEST THE VIDEO FOOTAGE BE SUBPEONAED TO SUPPORT MY ALLEGATION,AND THE YORK COUNTY PRISON HAVE ALL MEDICAL REPORTS TO WHAT WAS BROKEN SPRAINED ETC.I SINCERELY ASK THE COURTS TO GRANT ME PUNITIVE AND COMPENSATORY DAMAGES IN THE AMOUNT OF $3,000,000.AS A RESULT OF THIS I HAVE NIGHT MARE'S,I TAKE PSYCHTROPIC MEDICATIONS,AND THE PEOPLE THAT WERE REPONSIBLE UNDER THIS CONSTITUTIONAL INJURY WAS ACTING UNDER THE COLOR OF STATE LAW.THANK YOU VERY MUCH FOR HEARING MY COMPLAINT,AND IF YOUR NEED ANYTHING ELSE PERSUAT TO THIS LITIGATION PLEASE FEEL FREE TO CONTACT ME AT THE SAID ADDRESS ABOVE.

SINCERELY,

C.C.FILE:

THIS DOCUMENT IS LEGALLY NOTARIZED BY THE UNDERSIGN AS TRUE AND CORRECT UNDER TITLE 28 U.S.C. SECTION 1746

x _Archie O'Brien_____

SIGNATURE

C.C.FILE:

# YORK COUNTY PRISON

## DISCIPLINARY REPORT ☒
## ADMINISTRATION SEGREGATION ☐

INMATE'S NAME: Obrien, Andre         POUCH #: 230875
INMATE'S HOUSING UNIT: 4/12/18    DATE OF INCIDENT: 4/12/18    TIME OF INCIDENT: approx 8:00p
LOCATION OF INCIDENT: Admissions

### CHARGES

CHARGE 1: Interfering with staff in performance of duties    CODE: 198
CHARGE 2: Conduct that disrupts or interferes with facility    CODE: 199
CHARGE 3: Refusing to obey the order of staff member    CODE: 307
CHARGE 4: ____    CODE: ____
CHARGE 5: ____    CODE: ____

### DESCRIPTION OF INCIDENT

On the above date and approximate time I, officer Axe #1184 was escorting I/m Obrien, Andre #230875 to admissions to see the sheriffs. Once I/m Obrien was finished with the sheriffs this officer attempted to escort I/m Obrien back to Crossfalls. This I/m stated "I aint fucking walking back." This officer ordered this I/m to walk, but I/m Obrien refused. Thats when hand restraints were applied to this I/m. As officers were escorting this I/m he refused to walk by lifting his legs up and dropping all his weight. This I/m was placed against the wall then being placed in the Emergency Restraint Chair

_____#1184_____                4/12/18
Signature of Officer preparing report    Date report was prepared

Robert Axe                     8:30pm
Print first and last Name, Clock # of reporting officer    Time report was prepared

Form DR-1

Page 1 of 2

York County Prison - DISCIPLINARY REPORT (Additional Info.)

Disciplinary Inmates Name: Clarten, Andre   Incident Date: 7/12/18  Time: approx. 8:

Type Info Reported: _____

"ERC." This I/m became combative and and was refusing to let officer place his hands into the ERC. This officer gave multiple orders to stop resisting but this I/m refused all orders and stated "I'll catch you all on the streets. This I/m was fully secured with no further issue.

RE:ANDRE O"BRIEN #230875

3400 CONCORD RD. YORK PA.

17402  June 25, 2018                    1OF4 PAGES

Andre O Brien #230375
3400 Concord Road
York, PA 17402

LEGAL CORRESPONDENCE ORIGINATES FROM AN INMATE INSTITUTION

RECEIVED SCRANTON
JUN 29 2018
PER ___ DEPUTY CLERK

HARRISBURG P&DC 171
WED 27 JUN 2018 PM

$1.840
US POSTAGE
FIRST-CLASS
062S0614994931
17402

Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Bldg. + U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148